**Matlock Law Group, P.C.**
K. Brian Matlock (SBN 243812)
Anne Leith Matlock (SBN 244351)
Yue Xu (SBN 274744)
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone:    925.944.7131
Fax:               925.944.7138
E-mail:           kbrian@matlocklawgroup.com

Attorneys for Defendant
JOHN DOE "3"
 IP Address 24.205.132.42

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MILLEMIUM TGS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1-21,<br><br>    Defendants. | **CASE NO.:  C 11-01739 PSG**<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: Sept 6, 2011<br>Time: 2pm<br>Room: Courtroom 5, 4th Floor<br>Judge: Paul S. Grewal |

Defendant JOHN DOE "3" by and through their counsel, hereby summit this Case Management Conference Statement pursuant to the Count's Order Setting Initial Case Management Conference (ECF No. 28), the Court's Order Motion Clarifying Court's August 12, 2011 Order which Reinstated Defendant Doe 3 (ECF No. 29) and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-0(a) as follows:

1 I. **JURISDICTION AND SERVICE**

2 Defendant JOHN DOE "3" has not been notified by the ISP nor has been served.

3 Defendant reserves issues of jurisdiction until service is complete.

4 II. **FACTS/CASE SUMMARY**

5 Plaintiff alleges Defendant JOHN DOE "3" infringed its copyright. Parties are working

6 to resolve dispute.

7 III. **LEGAL ISSUES**

8 Parties are working on a settlement through their counsel.

9 IV. **MOTIONS**

10 None

11 V. **AMENDMENT TO PLEADINGS**

12 None

13 VI. **EVIDENCE PRESERVATION**

14 None

15 VII. **DISCLOSURES**

16 None until disclosures have been made under rule 26.

17 VIII. **DISCOVERY**

18 Discovery has not begun.

19 IX. **CLASS ACTIONS**

20 Not applicable.

21 X. **RELATED CASES**

22 None.

23 XI. **RELIEF SOUGHT**

24 Plaintiff seeks damages from Defendant.

25 XII. **SETTLEMENT AND ADR**

26 Parties are working on a settlement through their counsel.

27 XIII. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

28 The parties have consented to proceeding before a U.S. Magistrate Judge.

*Matlock Law Group, PC.*

DEFENDANT'S CASE MANAGEMENT STATEMENT                   CASE NO: C: 11-01739 PSG

1 **XIV. OTHER REFERENCES**
2     None.
3 **XV. NARROWING OF ISSUES**
4     Not applicable at this time but Defendant reserves the right to preserve future narrowing
5     of issues.
6 **XVI. EXPEDITED SCHEDULE**
7     An expedited schedule is recommended for this case.
8 **XVII. SCHEDULING**
9     None
10 **XVIII. TRIAL**
11     No date has been set.
12 **XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**
13     None.
14
15 In accordance with General Order 45.X.B., K Brian Matlock, counsel for Defendant JOHN
16 DOE "3" has made this filing.
17
18 Dated:  September 2, 2011
19
20                                              /s/k.brian matlock
21                                        K Brian Matlock, Esq.
                                         Attorneys for Defendant
22                                       JOHN DOE "3"
                                         IP Address 24.205.132.42
23
24
25
26
27
28

Matlock Law Group, PC.

3

DEFENDANT'S CASE MANAGEMENT STATEMENT                    CASE NO:  C: 11-01739 PSG