# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: September 6, 2011                                         Time in Court: (3)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:23 to 2:26)

**TITLE: Millenium TGA, Inc v. Does 1-21**
**CASE NUMBER**: **CV11-01739 PSG**
Plaintiff Attorney(s) present: Brett Gibbs
Defendant Attorney(s) present: Kenneth Brian Matlock

## PROCEEDINGS
**Case Management Conference**

Doe #3 not yet served.
Parties anticipate possible disposition.

Case management conference continued to 9/20/11 at 2:00 p.m.

///